UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|                                    |                        |
|------------------------------------|------------------------|
| SIEMENS FINANCIAL SERVICES, INC.,  |                        |
|     Plaintiff,                     |                        |
|     v.                             | CIVIL ACTION           |
|                                    | NO. 3:17-01587-WGY     |
| HOSPITAL HERMANOS MELÉNDEZ, INC.,  |                        |
|     Defendant.                     |                        |

YOUNG, D.J.[1]                                October 10, 2018

## ORDER

On September 25, 2018, Siemens Financial Services, Inc. ("Siemens") and Hospital Hermanos Meléndez, Inc. ("Hospital") (collectively, "the Parties") filed a Joint Statement, ECF No. 50, informing this Court that the Parties had entered into a Forbearance Agreement and requesting that this Court grant Siemens' motion for attorney's fees, ECF No. 41. Joint Statement ¶¶ 1, 3-5, ECF No. 50.

Siemens requested that this Court grant a total of $25,537.44 in pre-judgment attorney's fees and expenses:

> [(1)] Attorneys' fees charged by Vedder Price P.C.: $18,394.68.
> [(2)] Expenses incurred by Vedder Price P.C. (delivery fees): $55.26.
> [(3)] Attorneys' fees charged by AMRC, LLC d/b/a Antonetti Montalvo & Ramírez-Coll: $7,087.50.

---

[1] Of the District of Massachusetts, sitting by designation.

Mot. & Mem. Law Req. Att'y's Fees ¶¶ 7-9, ECF No. 41.

In light of the Joint Statement, ECF No. 50, this Court GRANTS Siemens' motion for attorney's fees, ECF No. 41, totaling $25,537.44.

**SO ORDERED.**

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE